**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re<br><br>JOHN W. HENRY SUBPOENA | Case No. ____________<br><br>In re Civil Action No. 1:12-cv-03704, pending in the Southern District of New York<br><br>**ORAL ARGUMENT REQUESTED** |

**NON-PARTY JOHN W. HENRY'S MOTION TO QUASH SUBPOENA ISSUED PURSUANT TO FED. R. CIV. P. 45**

Pursuant to Federal Rules of Civil Procedure 26, 30, and 45, non-party John W. Henry hereby moves to quash the subpoena *duces tecum* ("Subpoena") issued from this Court by Plaintiffs in *Garber, et al. v. Office of the Commissioner of Baseball, et al.*, Civil Action No. 1:12-cv-03704, pending in the United States District Court for the Southern District of New York ("SDNY Antitrust Action"). A copy of the Subpoena is attached hereto as Exhibit 1.

The Subpoena requires a non-party to shoulder undue burden to provide testimony and search for documents relating to a number of topics that are extremely broad and not limited in any way to ensure that the information produced is (i) non-duplicative of information already possessed by Plaintiffs and (ii) relevant to the issues in the SDNY Antitrust Action or reasonably calculated to lead to the discovery of admissible evidence. Because the burden of compliance vastly exceeds the remote probability of obtaining any probative information, the Subpoena should be quashed. In addition, the Subpoena should be quashed because Plaintiffs have failed to obtain leave of court to conduct Mr. Henry's deposition as required by Rule 30(a)(2)(A)(i) of the Federal Rules of Civil Procedure.

Mr. Henry requests a hearing on this Motion and submits the attached Memorandum in Support of its Motion to Quash Subpoena.

WHEREFORE, John W. Henry respectfully moves this Court to quash the Subpoena.

**Certificate of Compliance with Local Rules 7.1 and 37.1**

In compliance with Local Rule 7.1, counsel for Mr. Henry has conferred with counsel for Plaintiffs in a good faith effort to resolve the issues set forth in this motion and to narrow the areas of disagreement. However, the parties have been unable to resolve their differences, which has necessitated the filing of this motion.

/s/ Kristin D. Casavant
Kristin D. Casavant

Respectfully submitted,

JOHN W. HENRY,

By his attorneys,

/s/ Kristin D. Casavant

Christopher M. Morrison (BBO #651335)
Kristin D. Casavant (BBO #668050)
JONES DAY
100 High Street
Boston, MA 02110-1781
Telephone: (617) 960-3939
Facsimile: (617) 449-6999
comrrison@jonesday.com
kcasavant@jonesday.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2013, I caused the foregoing document to be served upon counsel for Plaintiff by email to the following:

Kevin Costello
Klein Kavanagh Costello, LLP
85 Merrimac Street, 4th Floor
Boston, MA 02114
costello@kkcllp.com

/s/ Kristin D. Casavant
Kristin D. Casavant